UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0041--CR (HRH)
"USA V DAVID C. THOMPSON SR ET AL"
DEF 1.1 THOMPSON, DAVID C. SR

In public format, including terminated defendants, excluding terminated counsel

```
        Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
       Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                  Filed: 04/18/02
                 Closed: 11/27/02
     No. of Defendants: 5
        MJ Case Number:
                    AKA:
        Location status: Released on Bond
             Trial date:
             Terminated: YES
      Needs interpreter: NO
      Counsel of record: D. Scott Dattan
                         Law Offices of D. Scott Dattan
                         2600 Denali Street, Suite 460
                         Anchorage, AK 99503
                         907-276-8008
                         FAX 907-278-8571
                         Serve: YES
                          Type: CJA
                          Role: Pretrial/Trial, Other
```

PLF 1.1 UNITED STATES OF AMERICA

```
      Counsel of record: Crandon H. Randell
                         U.S. Attorney's Office
                         222 W. 7th Avenue, #9
                         Anchorage, AK 99513-7567
                         907-271-5071
                         Serve: YES
                          Type: Not specified
                          Role: Pretrial/Trial
```

Counts re: DEF 1.1 THOMPSON, DAVID C. SR

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (139-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0041--CR (HRH)
              "USA V DAVID C. THOMPSON SR ET AL"
                  DEF 2.1 ULRICH, JORY N.
```

In public format, including terminated defendants, excluding terminated counsel

```
    Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 04/18/02
            Closed: 11/27/02
 No. of Defendants: 5
    MJ Case Number:
               AKA:
   Location status: Released on Own Recognizance
        Trial date:
        Terminated: YES
 Needs interpreter: NO
 Counsel of record: Sue Ellen Tatter
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 2.1 ULRICH, JORY N.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (140-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0041--CR (HRH)
                            "USA V DAVID C. THOMPSON SR ET AL"
                               DEF 3.1 AYULUK, OLGA MARIE
```

In public format, including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 04/18/02
              Closed: 11/27/02
   No. of Defendants: 5
       MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
   Needs interpreter: NO
   Counsel of record: Karen L. Jennings
                      POB 3626
                      Palmer, AK 99645
                      907-373-3722
                      FAX 907-373-3782
                      Serve: YES
                       Type: CJA
                       Role: Other
```

PLF 1.1 UNITED STATES OF AMERICA

```
   Counsel of record: Crandon H. Randell
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 3.1 AYULUK, OLGA MARIE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (141-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0041--CR (HRH)
                        "USA V DAVID C. THOMPSON SR ET AL"
                        DEF 4.1 LANE, JEANINE L.
```

In public format, including terminated defendants, excluding terminated counsel

```
   Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 04/18/02
            Closed: 11/27/02
No. of Defendants: 5
   MJ Case Number:
              AKA:
  Location status: U.S. Custody
       Trial date:
      Terminated: YES
Needs interpreter: NO
Counsel of record: Randall S. Cavanaugh
                   Kalamarides & Associates
                   711 H Street, Suite 450
                   Anchorage, AK 99501
                   907-276-2135
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 4.1 LANE, JEANINE L.

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -  1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (164-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0041--CR (HRH)
                        "USA V DAVID C. THOMPSON SR ET AL"
                           DEF 5.1 VANN, KATHERINE C.
```

In public format, including terminated defendants, excluding terminated counsel

```
   Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 04/18/02
           Closed: 11/27/02
No. of Defendants: 5
   MJ Case Number:
              AKA:
  Location status: U.S. Custody
       Trial date:
       Terminated: YES
Needs interpreter: NO
Counsel of record: Thomas Burke Wonnell
                   2600 Denali Street, Suite 460
                   Anchorage, AK 99501
                   907-276-8008
                   FAX 907-278-8571
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 5.1 VANN, KATHERINE C.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (171-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                "USA V DAVID C. THOMPSON SR ET AL"
```

```
In public format, for all filing dates
```

Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 04/18/02
            Closed: 11/27/02
No. of Defendants: 5

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 04/18/02 | [Re: DEF 1] Issued WOA. |
| NOTE - 2 | 04/18/02 | [Re: DEF 2] Issued WOA. |
| NOTE - 3 | 04/18/02 | [Re: DEF 3] Issued WOA. |
| NOTE - 4 | 04/18/02 | [Re: DEF 4] Issued WOA. |
| NOTE - 5 | 04/18/02 | [Re: DEF 5] Issued WOA. |
| 1 - 1 | 04/18/02 | [Re: DEF 1-5] PLF 1 Indictment. |
| 2 - 1 | 04/18/02 | [Re: DEF 1-5] AHB Grand Jury Minutes; WOAs re: Def 1-5 secret; no bail set re: Def 1-5 (det per 18:3142). |
| NOTE - 6 | 04/22/02 | Issued: Notice of Speedy Trial Act ddlns to HRH CMC. |
| 3 - 1 | 04/22/02 | [Re: DEF 2] Financial Affidavit. |
| 4 - 1 | 04/22/02 | [Re: DEF 2] AHB Order regarding preparation for trial; ptms due 5/13/02. cc: USA, FPD |
| 5 - 1 | 04/22/02 | [Re: DEF 2] AHB Order of Detention Pending Hearing; det hrg set 4/24/02 at 3:30 p.m.  cc: USA, FPD, USM, PO |
| 6 - 1 | 04/22/02 | [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt; FPD appointed; def plead not guilty; def detained; det hrg set 3:30 p.m., 4/24/02; ptms due 5/13/02. |
| 7 - 1 | 04/22/02 | [Re: DEF 2] Return of WOA executed on 4/19/02. |
| 8 - 1 | 04/23/02 | [Re: DEF 2] HRH Minute Order setting TBJ for 6/24/02 at 9:00. cc: USA, USM, PO, FPD, MJ Branson, JC |
| 9 - 1 | 04/24/02 | [Re: DEF 1] PLF 1 motion (petition) for writ of Habeas Corpus ad Prosequendum. |
| 10 - 1 | 04/25/02 | [Re: DEF 2] Order setting conditions of release; def released O/R on conditions as stated.  cc: USA, FPD, USM, PO |
| 11 - 1 | 04/25/02 | [Re: DEF 2] CY of AHB Order of Release (original to USM by ECR).  cc: USA, FPD, USM, PO |
| 12 - 1 | 04/25/02 | [Re: DEF 2] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of det hrg (held 4/24/02); crt approved 3rd party custodian; def released w/att wit/exh list. |
| NOTE - 7 | 04/29/02 | Issued: Writ of H/C Ad Pros re: DEF 1. |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                           "USA V DAVID C. THOMPSON SR ET AL"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE -    8 | 04/29/02 | Issued: Proposed Trial Date setting re DEF 1 for arr to HRH CMC. |
| 13 -    1 | 04/29/02 | [Re: DEF 1] AHB Order granting petition (petition) for writ of Habeas Corpus ad Prosequendum (9-1).  cc: USA, USM, PO |
| 14 -    1 | 04/29/02 | [Re: DEF 1] AHB Minute Order that arr is set 4:15 p.m., 4/30/02.  cc: USA, FPD (as friend of the court), USM, PO |
| 15 -    1 | 04/30/02 | DEF 2 Attorney Substitution of Sue Ellen Tatter for Kevin F. McCoy. |
| 16 -    1 | 05/01/02 | [Re: DEF 1] Financial Affidavit. |
| 17 -    1 | 05/01/02 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 5/13/02. cc: USA, S. Dattan |
| 18 -    1 | 05/01/02 | [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, S. Dattan, USM, PO |
| 19 -    1 | 05/01/02 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held 4/30/02); S. Dattan appointed as CJA cnsl; def plead not guilty; def detained; ptms due 5/13/02; oppos due 5/20/02; replies due 5/23/02.  cc: USA, S. Dattan, USM, PO, FPD (CJA Clerk) |
| NOTE -    9 | 05/02/02 | Issued: Notice of Speedy Trial Act ddlns re: DEF 1 to HRH CMC. |
| 20 -    1 | 05/02/02 | [Re: DEF 1] CJA appointment of Scott Dattan |
| 21 -    1 | 05/06/02 | [Re: DEF 1] HRH Minute Order setting TBJ for 6/24/02 at 9:00. cc: USA,USM, PO, S. Dattan, MJ Branson, JC |
| 22 -    1 | 05/06/02 | [Re: DEF 2] PLF 1 Conference certification. |
| 23 -    1 | 05/06/02 | [Re: DEF 1] PLF 1 confernece certification. |
| 24 -    1 | 05/09/02 | [Re: DEF 1] Return of WOA executed on 4/30/02. |
| NOTE -   10 | 05/14/02 | [Re: DEF 3] USM Notice of Arrest; defendant arrested 5/13/02. |
| NOTE -   11 | 05/14/02 | [Re: DEF 5] USM Notice of Arrest; defendant arrested 5/13/02. |
| NOTE -   12 | 05/14/02 | Issued: Proposed Trial Date setting re DEF 3 for arr to HRH CMC. |
| NOTE -   13 | 05/14/02 | Issued: Proposed Trial Date setting re DEF 5 for arr to HRH CMC. |
| 25 -    1 | 05/14/02 | [Re: DEF 5] Return of WOA executed on 5/13/02 at Anchorage, AK. |
| 26 -    1 | 05/15/02 | [Re: DEF 3] Financial Affidavit. |
| 27 -    1 | 05/15/02 | [Re: DEF 3] AHB Order regarding preparation for trial; ptms due 5/29/02. cc: USA, FPD (CJA Clerk) |
| 28 -    1 | 05/15/02 | [Re: DEF 3] Appearance bond; bond set at $5,000 cash/secured. |
| 29 -    1 | 05/15/02 | [Re: DEF 3] Order setting conditions of release; bond set at $5,000 secured w/3rd party custodian acceptable to crt.  cc: USA, FPD (CJA Clerk), USM, PO |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
"USA V DAVID C. THOMPSON SR ET AL"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 05/15/02 | [Re: DEF 3] AHB Court Minutes [ECR: Bonnie Boyer] of arr on Indt (held 5/15/02); FPD to appoint CJA cnsl; crt entered not guilty pleas; ptms due 5/29/02; bond set at $5,000 secured w/approved third party custodian; bail review hrg set 10:00 a.m., 5/20/02.  cc: USA, FPD (CJA Clerk), USM, PO |
| 31 - 1 | 05/15/02 | [Re: DEF 5] Financial Affidavit. |
| 32 - 1 | 05/15/02 | [Re: DEF 5] AHB Order regarding preparation for trial; ptms due 5/29/02. cc: USA, FPD (CJA Clerk) |
| 33 - 1 | 05/15/02 | [Re: DEF 5] Order setting conditions of release; bond set at $5,000 secured w/3rd party custodian acceptable to crt.  cc: USA, FPD (CJA Clerk), USM, PO |
| 34 - 1 | 05/15/02 | [Re: DEF 5] AHB Court Minutes [ECR: Bonnie Boyer] of arr on Indt (held 5/15/02); FPD to appoint CJA cnsl; crt entered not guilty pleas; ptms due 5/29/02; bond set at $5,000 secured w/approved third party custodian; bail review hrg set 11:00 a.m., 5/20/02.  cc: USA, FPD (CJA Clerk), USM, PO |
| 34A- 1 | 05/15/02 | [Re: DEF 5] Appearance bond; bond set at $5,000 cash/secured. |
| NOTE - 14 | 05/16/02 | Issued: Notice of Speedy Trial Act ddlns re: DEF 3 to HRH CMC. |
| NOTE - 15 | 05/16/02 | Issued: Notice of Speedy Trial Act ddlns re: DEF 5 to HRH CMC. |
| 35 - 1 | 05/16/02 | [Re: DEF 5] CJA appointment of James A. Wendt. |
| 36 - 1 | 05/16/02 | [Re: DEF 3] CJA appointment of Karen Jennings. |
| 37 - 1 | 05/17/02 | [Re: DEF 3; 5] HRH Minute Order setting TBJ for 6/24/02 at 9:00. cc: USA, USM, PO, K. Jennings, J. Wendt, JC, MJ Branson |
| 38 - 1 | 05/20/02 | [Re: DEF 5] AHB Court Minutes [ECR: Debby Willoughby-Lyons] Bail Review hrg held 5/20/02. Crt/cnsl hrd re: bail review hrg; def cnsl's oral mot to continue bail review hrg; GRANTED.  Crt set continued bail review hrg for 5/23/02 at 10:00 am. cc: USA, J. Went, USM, PO |
| 39 - 1 | 05/20/02 | [Re: DEF 3] AHB Court Minutes [ECR: Debby Willoughby-Lyons] Bail Review Hrg held 5/20/02. Crt/cnsl hrd re: bail review hrg; def cnsl proposed def be allowed tobe release on OR or to the Cordova House. GRANTED. Order setting conditions of release FILED; PR Order FILED; Release Order SIGNED and FILED. cc: USA, K. Jennings, USM, PO |
| 40 - 1 | 05/20/02 | [Re: DEF 3] AHB Order of Personal Recognizance. cc: USA, K. Jennings, USM, PO |
| 41 - 1 | 05/20/02 | [Re: DEF 3]Amended Order setting conditions of release. DEF released on OR, unsecured bond of $5,000, & placed in custody of Cordova House. cc: USA, K. Jennings, USM,PO |
| 42 - 1 | 05/20/02 | [Re: DEF 3] AHB Order of Release to Cordova House. cc: USA, K. Jennings, USM, PO |
| 43 - 1 | 05/20/02 | [Re: DEF 3] Return of WOA executed on 5/13/02 at Anchorage, AK. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
"USA V DAVID C. THOMPSON SR ET AL"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 44 - 1 | 05/23/02 | [Re: DEF 5] Appearance bond; bond set at $5,000 unsecured. |
| 45 - 1 | 05/23/02 | [Re: DEF 5] AMENDED Order setting conditions of release; bond set at $5,000 unsecured w/third party custodians.  cc: USA, J. Wendt, USM, PO |
| 46 - 1 | 05/23/02 | [Re: DEF 5] CY of AHB Order of Release (original to USM by ECRO). cc: USA, J. Wendt, USM, PO |
| 47 - 1 | 05/23/02 | [Re: DEF 5] AHB Court Minutes [ECR: Robin Carter] of cont bail review hrg (held 5/22/02); crt approved third party custodians; def released on $5,000 unsecured bond w/att wit/exh list. |
| 48 - 1 | 05/29/02 | [Re: DEF 3] PLF 1 Conference Certification. |
| 49 - 1 | 05/29/02 | [Re: DEF 5] PLF 1 Conference certification. |
| 50 - 1 | 05/30/02 | DEF 2 Notice of Intent to change plea. |
| 51 - 1 | 05/31/02 | [Re: DEF 2] HRH Minute Order setting PCOP for 6/13/02 at 8:30 am. cc: USA, USM, PO, FPD, MJ Branson |
| NOTE - 16 | 06/03/02 | [Re: DEF 5] Issued WOA re: violation of conditions of pretrial release. |
| 52 - 1 | 06/03/02 | [Re: DEF 5] PLF 1 motion for arrest warrant (on shortened time) w/att aff. |
| 53 - 1 | 06/03/02 | [Re: DEF 5] AHB Order granting motion for arrest warrant (on shortened time) (52-1).  cc: USA, USM, PO |
| 54 - 1 | 06/04/02 | DEF 3 Notice of Intent to change plea. |
| 55 - 1 | 06/04/02 | DEF 3 Unopposed request for bail hearing. |
| 56 - 1 | 06/05/02 | [Re: DEF 3] AHB Minute Order granting motion Unopposed request for bail hearing (55-1); bail hrg set 3:00 p.m., 6/5/02.  cc: USA, K. Jennings, USM, PO |
| 57 - 1 | 06/06/02 | [Re: DEF 3] 2nd Amended Order setting conditions of release.  cc: USA, K. Jennings, USM, PO |
| 58 - 1 | 06/06/02 | [Re: DEF 3] AHB Court Minutes [ECR: Denali Elmore/Caroline Edmiston] of bail review hrg (held 6/5/02); request granted; 2nd amended order setting conditions of release filed. |
| 59 - 1 | 06/06/02 | DEF 5 motion for bail hearing w/att aff. |
| 60 - 1 | 06/06/02 | DEF 5 motion for shortened time r: dkt 59 w/att aff. |
| NOTE - 17 | 06/07/02 | [Re: DEF 5] USM Notice of Arrest; defendant arrested 6/7/02. |
| 61 - 1 | 06/07/02 | [Re: DEF 3] HRH Minute Order rescheduling TBJ for PCOP on 6/13/02 at 11:00 am. cc: USA, USM, PO, K. Jennings, JC, MJ Branson |
| 62 - 1 | 06/07/02 | DEF 1 Notice of Intent to change plea. |
| 63 - 1 | 06/07/02 | [Re: DEF 5] Return of WOA executed on 6/7/02 at Anchorage, AK. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                         "USA V DAVID C. THOMPSON SR ET AL"

                        In public format, for all filing dates
```

Document #  Filed    Docket text

64 -   1  06/10/02  [Re: DEF 5] AHB Minute Order granting motion for shortened time r: dkt
                    59 (60-1); terminating in light of this order: motion for bail hearing
                    (59-1). cc: USA, J. Wendt

65 -   1  06/10/02  [Re: DEF 5] PMP Court Minutes [ECR: Caroline Edmiston, Denali Elmore]
                    Initial appearance held 6/10/02.  Def detained / detention hearing set
                    for 6/14/02 at 10:00 a.m.  Order of temporary detention pending hearing
                    filed.  cc: USA, J. Wendt, USM, USPO, MJ Branson

66 -   1  06/10/02  [Re: DEF 5] PMP Order of Detention Pending Hearing pursuant to Bail
                    Reform Act set 6/14/02 at 10:00 a.m..  cc: USA, J. Wendt, USM, USPO, MJ
                    Branson

67 -   1  06/11/02  [Re: DEF 1] HRH Minute Order rescheduling TBJ for COP on 6/13/02 at 9:15
                    am. cc: USA, USM, PO, S. Dattan, MJ Branson, JC

68 -   1  06/13/02  [Re: DEF 2] HRH Court Minutes [ECR: Elisa Singleton] PCOP, held 6/13/02;
                    pled guilty ct 1 of IND; IOS 8/23/02 at 8:30; TBJ vacated re this def;
                    modifications to conditions of release. cc: USA, USM, PO, FPD, MJ
                    Branson, JC

69 -   1  06/13/02  [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] PCOP held 6/13/02,
                    pled guilty ct 1 of Ind; IOS 8/23/02 at 9:15 am; TBJ vacated re this
                    def. cc: USA, USM,PO, S. Dattan, JC, MJ Branson

70 -   1  06/13/02  [Re: DEF 3] HRH Court Minutes [ECR: Elisa Singleton] PCOP held 6/13/02;
                    pled guilty ct 1 of Ind; IOS 8/23/02 at 10:00; conds of release
                    continued; TBJ re this def vacated. cc: USA, USM, PO, K. Jennings; JC,
                    MJ Branson

71 -   1  06/14/02  [Re: DEF 5] PMP Court Minutes [ECR: Robin Carter] re Bail hrg (hld
                    6/14/02); def's oral mot for release denied; def detained. cc: USA, J.
                    Wendt, USM, USPO

72 -   1  06/14/02  [Re: DEF 5] PMP Order of Detention Pending Trial. cc: USA, J. Wendt,
                    USM, USPo

73 -   1  06/18/02  DEF 5 Notice of Intent to change plea

74 -   1  06/18/02  [Re: DEF 5] HRH Minute Order rescheduling TBJ for PCOP on 6/19/02 at
                    10:30 a.m., before Judge Fitzgerald. cc: USA, USM, PO, J. Wendt, MJ
                    Branson, Judge Fitzgerald, JC

75 -   1  06/19/02  DEF 5 Unopposed motion for mental competency evaluation

76 -   1  06/20/02  [Re: DEF 5] HRH Order granting unopposed motion for mental competency
                    evaluation (75-1). cc: USA, J. Wendt

77 -   1  06/20/02  [Re: DEF 5] HRH Minute Order vacating 6/24/02 TBJ re D5 pending receipt
                    of psychiatric report & competency hearing. cc: USA, USM, PO, J. Wendt,
                    JC

78 -   1  06/24/02  DEF 2 Unopposed motion on shortened time to modify bail conditions.

78A-   1  06/24/02  DEF 5 motion to file the evaluation of Denise M. Hawks M.D.Ph.D Under
                    Seal w/att sealed evaluation.

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                        "USA V DAVID C. THOMPSON SR ET AL"

                     In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 79 - 1 | 06/25/02 | [Re: DEF 2] HRH Order granting motion Unopposed motion on shortened time to modify bail conditions (78-1). cc: C. Randell, S. Tatter, S. Dattan, USM, USPO, MJ Branson |
| 80 - 1 | 06/26/02 | [Re: DEF 5] JMF Order granting motion to file the evaluation of Denise M. Hawks M.D.Ph.D Under Seal (78A-1). cc: USA, J. Wendt |
| 81 - 1 | 06/26/02 | {SEALED} |
| 81 - 2 | 06/26/02 | {SEALED} |
| 82 - 1 | 06/26/02 | [Re: DEF 3] PLF 1 motion for bail review hearing on shortened time |
| 83 - 1 | 06/26/02 | [Re: DEF 3] HRH Minute Order referring #82 to MJ. cc: USA, K. Jennings, MJ Branson |
| 84 - 1 | 06/26/02 | [Re: DEF 3] AHB Minute Order granting motion for bail review hearing on shortened time (82-1); bail review hearing set 4:00 p.m., 6/26/02. cc: USA, K. Jennings, USM, PO |
| 85 - 1 | 06/26/02 | [Re: DEF 5] HRH Order granting motion for change of plea date (81-2); COP set for 6/27/02 at 8:30 am. cc: USA, USM, PO, J. Wendt |
| 86 - 1 | 06/27/02 | [Re: DEF 5] HRH Court Minutes [ECR: Robin Carter] COP, held 6/27/02, pled guilty; IOS 8/23/02 at 10:45; any request for bail hearing is referred to MJ Branson. cc: USA, USM, PO, J. Wendt, MJ Branson |
| 87 - 1 | 06/27/02 | [Re: DEF 3] AHB Order of Detention Pending IOS. cc: USA, K. Jennings, USM, PO |
| 88 - 1 | 06/27/02 | [Re: DEF 3] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of bail review hrg (held 6/26/02); def does not contest det; def remanded pending IOS. |
| 89 - 1 | 06/27/02 | DEF 5 motion for bail hearing w/att aff. |
| 90 - 1 | 06/27/02 | DEF 5 motion for hearing on defendant's motion for bail hearing on shortened time w/att aff. |
| 91 - 1 | 06/28/02 | [Re: DEF 5] AHB Order granting motion for bail hearing (89-1), motion for hearing on defendant's motion for bail hearing on shortened time (90-1); bail hrg set 10:00 a.m., 7/1/02. cc: USA, J. Wendt, USM, PO |
| 92 - 1 | 07/02/02 | [Re: DEF 5] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of bail review hrg (held 7/1/02); oral mot to allow def to be released DENIED. cc: USA, J. Wendt, USM, PO |
| NOTE - 18 | 07/10/02 | [Re: DEF 4] USM Notice of Arrest; defendant arrested 7/10/02. |
| 93 - 1 | 07/10/02 | {SEALED} |
| 94 - 1 | 07/11/02 | [Re: DEF 4] CY of Order of Release (original to USM); def to be released to custody of PO for transportation to Cordova Center. cc: USA, R. Cavanaugh, USM, PO |
| 95 - 1 | 07/11/02 | [Re: DEF 4] Financial Affidavit. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                         "USA V DAVID C. THOMPSON SR ET AL"

                     In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 96 - | 1 | 07/11/02 | [Re: DEF 4] AHB Order regarding preparation for trial; ptms due 7/24/02. cc: USA, R. Cavanaugh |
| 97 - | 1 | 07/11/02 | [Re: DEF 4] Order setting conditions of release; upon notification of available bed at Cordova Center def to be release O/R to PO for transportation to Cordova Center.  cc: USA, R. Cavanaugh, USM, PO |
| 98 - | 1 | 07/11/02 | [Re: DEF 4] AHB Court Minutes [ECR: Debby Willoughby-Lyons] of arr on Indt (held 7/10/02); def entered not guilty as to Ct 1; FPD to appoint CJA cnsl; ptms due 7/24/02. cc: FPD (CJA Clerk) |
| 99 - | 1 | 07/11/02 | [Re: DEF 4] Return of WOA executed 7/10/02. |
| NOTE - | 19 | 07/15/02 | Issued: Notice of Speedy Trial Act ddlns re: DEF 4 to DJ CMC. |
| 100 - | 1 | 07/16/02 | [Re: DEF 4] Certification of discovery. |
| 101 - | 1 | 07/18/02 | DEF 4 CJA appointment of Randall Cavanaugh |
| 93 - | 2 | 07/19/02 | {SEALED} |
| 102 - | 1 | 07/23/02 | [Re: DEF 4] HRH Minute Order setting TBJ for 8/12/02 at 9:00 am. cc: USA, R. Cavanaugh, USM, PO, MJ Branson, jury clerk |
| 103 - | 1 | 07/23/02 | [Re: DEF 4] AHB Minute Order that pursuant to judge's direction bail review hrg is set 2:30 p.m., 7/23/02.  cc: USA, R. Cavanaugh, USM, PO |
| 104 - | 1 | 07/24/02 | {SEALED} |
| 105 - | 1 | 07/24/02 | {SEALED} |
| 106 - | 1 | 07/26/02 | DEF 4 Unopposed motion to continue trial w/att memo |
| 107 - | 1 | 07/26/02 | DEF 4 Notice of status |
| 108 - | 1 | 08/02/02 | {SEALED} |
| 109 - | 1 | 08/06/02 | [Re: DEF 4] HRH Minute Order granting unopposed motion to continue trial (106-1); TBJ for 8/12/02 vacated; to be reset pending receipt of mental health evaluation report by the court. cc: USA, USM, PO, R. Cavanaugh, MJ Branson, JC |
| 110 - | 1 | 08/06/02 | [Re: DEF 4] HRH Order of excludable delay |
| 111 - | 1 | 08/07/02 | DEF 5 motion to withdraw (as counsel) w/att aff |
| 112 - | 1 | 08/08/02 | [Re: DEF 5] HRH Minute Order setting hearing on mot to withdraw for 8/13/02 at 8:30 a.m. cc: USA, USM, PO, J. Wendt |
| 113 - | 1 | 08/13/02 | {SEALED} |
| 114 - | 1 | 08/14/02 | DEF 4 motion for bail review |
| 114 - | 2 | 08/14/02 | DEF 4 Report re: status (w/sealed confidential psychological report) |
| 115 - | 1 | 08/14/02 | [Re: DEF 4] HRH Minute Order referring to MJ motion for bail review (114-1). cc: USA, R. Cavanaugh, MJ Branson |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                       "USA V DAVID C. THOMPSON SR ET AL"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 116 - 1 | 08/14/02 | [Re: DEF 4] HRH Minute Order setting TBJ re def Lane for 8/26/02 at 9:00. cc: USA, USM, PO, R. Cavanaugh, MJ Branson, JC |
| 117 - 1 | 08/14/02 | [Re: DEF 5] CJA appointment of T. Burke Wonnell. |
| 118 - 1 | 08/15/02 | DEF 5 Attorney Appearance of T. Burke Wonnell |
| 119 - 1 | 08/15/02 | DEF 5 motion to continue sentencing on shortened time |
| 120 - 1 | 08/15/02 | [Re: DEF 4] AHB Minute Order granting motion for bail review (114-1); Bail Review hrg set for 8/19/02 at 10:00 a.m. cc: USA, R. Cavanaugh, USM, USPO |
| 121 - 1 | 08/15/02 | [Re: DEF 5] HRH Minute Order granting motion to continue sentencing on shortened time (119-1); IOS of 8/23/02 vacated, to be reset in connection with disposition of US v Vann A02-066CR. cc: USA, USM, PO, T. Wonnell |
| 122 - 1 | 08/15/02 | DEF 1 Sentencing Memorandum. |
| 123 - 1 | 08/15/02 | DEF 3 Sentencing Memorandum. |
| 124 - 1 | 08/16/02 | DEF 2 Sentencing Memorandum w/att exhs. |
| 125 - 1 | 08/19/02 | [Re: DEF 4] AHB Court Minutes [ECR: Denali Elmore] re Bail Review Hrg hld 8/19/02; request for bail denied. cc: USA, R. Cavanaugh, USM, USPO |
| 126 - 1 | 08/19/02 | [Re: DEF 1] PLF 1 motion to accept late file pleading w/att sent memo |
| 127 - 1 | 08/19/02 | [Re: DEF 2] PLF 1 motion to accept late filed pleading w/att sent memo |
| 128 - 1 | 08/19/02 | [Re: DEF 3] PLF 1 motion to accept late filed pleading w/att sent memo |
| 126 - 2 | 08/20/02 | [Re: DEF 1] HRH Order granting motion to accept late file pleading (126-1). cc: cnsl |
| 127 - 2 | 08/20/02 | [Re: DEF 2] HRH Order granting motion to accept late filed pleading (127-1). cc: cnsl |
| 128 - 2 | 08/20/02 | [Re: DEF 3] HRH Order granting motion to accept late filed pleading (128-1). cc: cnsl |
| 129 - 1 | 08/20/02 | DEF 4 Notice of Intent to change plea |
| 130 - 1 | 08/20/02 | [Re: DEF 4] HRH Minute Order rescheduling TBJ for PCOP on 8/21/02 at 8:30 am. cc: USA, USM, PO, R. Cavanaugh |
| 131 - 1 | 08/20/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum |
| 132 - 1 | 08/20/02 | [Re: DEF 2] PLF 1 Sentencing Memorandum |
| 133 - 1 | 08/20/02 | [Re: DEF 3] PLF 1 Sentencing Memorandum |
| 134 - 1 | 08/21/02 | [Re: DEF 4] HRH Court Minutes [ECR: Denali Elmore] PCOP, HELD 8/21/02, pled guilty ct 1 of ind; IOS 10/25/02 at 8:30 am; det cont'd; TBJ 8/26/02 vacated. cc: USA, USM, PO, R. Cavanaugh, JC, MJ Branson |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                   "USA V DAVID C. THOMPSON SR ET AL"

                   In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 135 - | 1  08/23/02 | [Re: DEF 2] HRH Court Minutes [ECR: Denali Elmore] IOS, HELD 8/23/02; probation 3 years w/home confinement for 120 days; s/a $100; restitution $20,832.73. |
| 136 - | 1  08/23/02 | [Re: DEF 1] HRH Court Minutes [ECR: Denali Elmore] IOS, HELD 8/23/02; sent 33 months; s/r 3 years; s/a $100; restitution $20,832.73, remanded to USM. |
| 137 - | 1  08/23/02 | [Re: DEF 3] HRH Court Minutes [ECR: Denali Elmore] IOS, HELD 8/23/02, probation 3 years; s/a $100, restitution $20,832.73; released. |
| 138 - | 1  08/23/02 | [Re: DEF 3] Copy HRH Order of Release, 8/23/02. |
| 139 - | 1  08/26/02 | [Re: DEF 1] HRH Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sent 33 months; s/r 36 months; s/a $100; restitution $20,832.73. cc: USA, USM, PO, S. Dattan, def (by cnsl), MJ Branson, FLU |
| 140 - | 1  08/26/02 | [Re: DEF 2] HRH Judgment pleaded guilty to count(s) 1 of the Indictment (1-1), probation 3 years; restitution $20,832.73, s/a $100. cc: USA, USM, PO, FPD, def (by FPD), MJ Branson, FLU |
| 141 - | 1  08/26/02 | [Re: DEF 3] HRH Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); probation 36 months; s/a $100; restitution $20,832.73. cc: USA, USM, PO, K. Jennings, def (by cnsl), MJ Branson, FLU |
| 142 - | 1  08/29/02 | USM Return of writ of habeas corpus ad prosequendum  re: DEF 1 from CIPT to USDC-Anch on 4/30/02. |
| NOTE - | 20  09/06/02 | [Re: DEF 3] Issued WOA re: petition for probation revocation. |
| 143 - | 1  09/06/02 | [Re: DEF 3] HRH Order and petition for warrant for offender under Probation.  Court orders the warrant for arrest be delivered to the USM Service and the petition probation officer's declaration & a copy of the warrant shall be sealed in the Clerk's file & disclosed only to the US Attorney for their official use, until the arrest of the offender.  The petition for probation revocation is referred to the Magistrate Judge for initial appearance only.  cc: C. Randell USM, Def w/USM cy, USPO, MJ Branson |
| NOTE - | 21  09/18/02 | [Re: DEF 3] USM Notice of Arrest; defendant arrested 9/18/02. |
| 144 - | 1  09/19/02 | [Re: DEF 3] AHB Court Minutes [ECR: Robin Carter] of I/A on pet for offender under prob (held 9/18/02); FPD to appoint CJA cnsl; def admitted allegations 1 & 2; def detained; matter referred to Judge Holland for disposition.  cc: FPD (CJA Clerk), Judge Holland |
| 145 - | 1  09/19/02 | [Re: DEF 3] Return of WOA executed on 9/18/02. |
| 146 - | 1  09/19/02 | [Re: DEF 3] CJA appointment of K. Jennings. |
| 147 - | 1  09/19/02 | {SEALED} |
| 148 - | 1  09/19/02 | {SEALED} |
| 149 - | 1  09/20/02 | [Re: DEF 3] Financial Affidavit. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                      "USA V DAVID C. THOMPSON SR ET AL"

                       In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 150 - | 1 | 09/20/02 | [Re: DEF 1] PLF 1 motion to correct judgment. |
| 147 - | 2 | 09/23/02 | {SEALED} |
| 148 - | 2 | 09/23/02 | {SEALED} |
| 151 - | 1 | 09/23/02 | [Re: DEF 3] HRH Minute Order re: disposition hearing in the above-named case is set for 9/25/02 at 8:30 a.m. in Courtroom #1.  cc: C. Randell, K. Jennings, USM, USPO, MJ Branson |
| 152 - | 1 | 09/23/02 | [Re: DEF 2] Partial Transcript re: IOS held 8/23/02. |
| 153 - | 1 | 09/23/02 | [Re: DEF 1] Partial Transcript re: IOS held 8/23/02. |
| 154 - | 1 | 09/23/02 | [Re: DEF 3] Partial Transcript re: IOS held 8/23/02. |
| 155 - | 1 | 09/25/02 | [Re: DEF 3] HRH Judgment (Amended) def admitted to violations 1&2; probation  modified as directed. cc: USA, K. Jennings, USM, USPO, MJ Branson, def w/cnsls cy |
| 156 - | 1 | 09/26/02 | [Re: DEF 3] HRH Court Minutes [ECR: Denali Elmore] re: disposition hrg re: pet for offender under probation held 09/25/02; probation cont w/addtl condition; release order signed; crt to hold release order until def can be transported to the Cordova Correctional Center. cc: USA, K. Jennings, USM, USPO, MJ Branson |
| 157 - | 1 | 10/07/02 | [Re: DEF 5] Cy HRH Court Minutes from A02-066CR [ECR: Elisa Singleton]; IOS set for 11/26/02 w/A02-066CR. |
| 158 - | 1 | 10/08/02 | {SEALED} |
| 158 - | 2 | 10/09/02 | {SEALED} |
| 159 - | 1 | 10/09/02 | [Re: DEF 1] HRH Minute Order granting motion to correct judgment (150-1) statement of reasons, stating that def's criminal history category is 6 (VI). cc: USA, S. Dattan, ECR |
| 160 - | 1 | 10/09/02 | DEF 4 Sentencing Memorandum w/att exhs. |
| 161 - | 1 | 10/15/02 | [Re: DEF 3] Cy HRH Order of Release to PO 10/15/02. |
| 162 - | 1 | 10/16/02 | [Re: DEF 1] HRH Judgment (Amended)(to correct statement of reasons); pled guilty cts 1 of IND; sent 33 months; s/r 3 years; s/a $100, restitution $20,832.73. cc: USA, USM, PO, S. Dattan, def (by cnsl), MJ Branson, FLU |
| 163 - | 1 | 10/22/02 | [Re: DEF 4] PLF 1 Sentencing Memorandum. |
| 164 - | 1 | 10/25/02 | [Re: DEF 4] HRH Judgment pleaded guilty to ct 1 of the Indt (1-1); sentenced to 36 mos prob; $100.00 SA. cc: USA, R. Cavanaugh, USM, USPO, MJ Branson, DEF w/cnsls cy, FLU |
| 165 - | 1 | 10/28/02 | [Re: DEF 4] HRH Court Minutes [ECR: Denali Elmore] re: IOS held 10/25/02.  Def placed on probation for 3 years with special conditions. SA $100.00. Court found def does not have the ability to pay restitution. Release order signed. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
"USA V DAVID C. THOMPSON SR ET AL"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 166 - 1 | 10/28/02 | (Copy of) [Re: DEF 4] HRH Order of Release.  cc: C. Randell, R. Cavanaugh, USM, USPO |
| 167 - 1 | 11/12/02 | [Re: DEF 4] Partial Transcript re: IOS held 10/25/02. |
| 168 - 1 | 11/19/02 | DEF 5 Sentencing Memorandum. |
| 169 - 1 | 11/20/02 | [Re: DEF 5] PLF 1 Sentencing Memorandum. |
| 170 - 1 | 11/27/02 | [Re: DEF 5] HRH Court Minutes [ECR: Denali Elmore] IOS, HELD 11/26/02; SENT 12 months & 1 day, concurrent with A02-066CR; s/r 3 years; s/a $100, restitution $21,784.48, remanded to USM, request to split sentence denied |
| 171 - 1 | 11/27/02 | [Re: DEF 5] HRH Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sent 12 months & 1 day; concurrent with A02-066CR, s/r 3 years, s/a $100, restitution $21,784.48. cc: USA, USM, PO, T. Wonnell, (def by cnsl), MJ Branson, FLU |
| 172 - 1 | 01/10/03 | {SEALED} |
| 172 - 2 | 01/13/03 | {SEALED} |
| 173 - 1 | 01/13/03 | [Re: DEF 5] Partial Transcript re: IOS held 11/26/02. |
| NOTE - 22 | 02/14/03 | [Re: DEF 3] Issued WOA. |
| NOTE - 23 | 02/14/03 | [Re: DEF 3] USM Notice of Arrest; defendant arrested 2/14/03. |
| 174 - 1 | 02/18/03 | [Re: DEF 3] HRH Order and petition for probation violation; prob should be revoked; pet referred to MJ for I/A only.  cc: USA, USM, PO |
| 175 - 1 | 02/19/03 | [Re: DEF 3] Financial Affidavit. |
| 176 - 1 | 02/19/03 | [Re: DEF 3] AHB Order of Detention Pending Probable Cause Hearing.  cc: USA, K. Jennings, USM, PO |
| 177 - 1 | 02/19/03 | Return of WOA re: Def 3 executed 2/14/03. |
| 178 - 1 | 02/19/03 | [Re: DEF 3] AHB Court Minutes [ECR: Elisa Singleton] of I/A on pet to revoke prob (held 2/18/03); K. Jennings appointed; denial as to allegations 1-2 of pet; def detained; matter referred to DJ for prob cause hrg.  cc: USA, FPD (CJA Clerk), K. Jennings, USM, PO, Judge Holland |
| 179 - 1 | 02/21/03 | [Re: DEF 3] CJA appointment of Karen Jennings. |
| 180 - 1 | 02/25/03 | [Re: DEF 3] HRH Minute Order setting evid/dispo hearing on petition to revoke probation for  3/6/03 at 8:30 a.m. cc: USA, K. Jenning, USM, PO, MJ Branson |
| 181 - 1 | 03/06/03 | [Re: DEF 3] HRH Court Minutes [ECR: Robin Carter] evid/dispo hearing; held 3/6/03; def admitted #1 & 2 of petition; def released to reside at Anch Rescue Mission or other approved location for next 30 days; continued disposition hearing to be set about 30 days out. cc: USA, USM, PO, K. Jennings |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
"USA V DAVID C. THOMPSON SR ET AL"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 182 - 1 | 03/06/03 | [Re: DEF 3] Copy HRH Order of Release, 3/6/03, to 3d party custodian. |
| 183 - 1 | 03/07/03 | [Re: DEF 3] HRH Minute Order setting continued disposition hearing for 4/8/03 at 8:30 am. cc: USA, USM, PO, K. Jennings |
| NOTE - 24 | 04/07/03 | [Re: DEF 3] Issued WOA on 4/4/03. |
| 184 - 1 | 04/07/03 | [Re: DEF 3] JWS Order and pet for revoc of prob; pet referred to MJ Branson for I/A only. cc: USA, Def w/USM cy, USM, USPO, MJ Branson |
| NOTE - 25 | 04/08/03 | Issued: writ of execution re: DEF 3 on PFD. |
| 185 - 1 | 04/08/03 | [Re: DEF 3] HRH Court Minutes [ECR: Elisa Singleton] continued evidentiary hearing/disposition hearing on petition to revoke probation held 4/8/03.  Def not-present.   Matter continued to a date unceratin to be rescheduled when the def is in-custody.  cc: C. Randell, K. Jennings, USM, USPO, MJ Branson |
| 186 - 1 | 04/08/03 | [Re: DEF 3] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 26 | 04/29/03 | Issued: writ of execution re: DEF 1 on PFD. |
| 187 - 1 | 04/29/03 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 27 | 04/30/03 | [Re: DEF 4] Issued WOA. |
| NOTE - 28 | 04/30/03 | Issued: writ of execution re: DEF 2 on PFD. |
| NOTE - 29 | 04/30/03 | Issued: writ of execution re: DEF 5 on PFD. |
| 188 - 1 | 04/30/03 | [Re: DEF 4] HRH Order and petition for issuance of WOA for revocation of probation; referred to MJ Branson for I/A only. cc: USA, PO, USM, MJ Branson |
| 189 - 1 | 04/30/03 | [Re: DEF 2] PLF 1 Application re: Writ of Execution re: DEF 2 on PFD. |
| 190 - 1 | 04/30/03 | [Re: DEF 2] PLF 1 Application re: Writ of Execution re: DEF 5 on PFD. |
| NOTE - 30 | 05/01/03 | [Re: DEF 4] USM Notice of Arrest; defendant arrested 5/1/03. |
| 191 - 1 | 05/02/03 | [Re: DEF 4] Financial Affidavit,. |
| 192 - 1 | 05/02/03 | [Re: DEF 4] AHB Order of Detention Pending hearing; bail review hrg set 5/5/03 at 3:30 p.m.  cc: USA, R. Cavanaugh, USM, PO |
| 193 - 1 | 05/02/03 | [Re: DEF 4] AHB Court Minutes [ECR: Caroline Edmiston] of I/A on pet to revoke prob; def denied cts 1-3 of pet; referred to DJ for further proceedings; def detained; det hrg set 5/5/03 at 3:30 p.m.  cc: USA, R. Cavanaugh, USM, PO, Judge Holland |
| 194 - 1 | 05/02/03 | [Re: DEF 4] CJA appointment R. Cavanaugh. |
| 195 - 1 | 05/06/03 | [Re: DEF 5] HRH Order and report re: modification of supervised release. cc: PO |
| 196 - 1 | 05/06/03 | [Re: DEF 4] AHB Order of Detention Pending Trial.  cc: USA, R. Cavanaugh, USM, PO |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                        "USA V DAVID C. THOMPSON SR ET AL"

                     In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 197 - 1 | 05/07/03 | [Re: DEF 4] AHB Court Minutes [ECR: Elisa Singleton] of bail review hrg (held 5/5/03); oral mot to release def DENIED; order of det pending trial FILED.  cc: USA, R. Cavanaugh, USM, PO |
| 198 - 1 | 05/08/03 | DEF 4 Attorney Appearance of R. Cavanaugh. |
| 199 - 1 | 05/09/03 | [Re: DEF 4] Return of WOA executed at Anchorage, AK on 4/30/03. |
| 200 - 1 | 05/12/03 | [Re: DEF 4] HRH Minute Order setting dispo hearing for 5/28/03 at 8:30 am. cc: USA, USM, PO, R. Cavanaugh, MJ Branson |
| 201 - 1 | 05/12/03 | DEF 4 motion to continue evidentiary (dispo) hearing 90 days |
| 202 - 1 | 05/23/03 | [Re: DEF 4] HRH Minute Order granting motion to continue evidentiary (dispo) hearing (201-1); 5/28/03 dispo hearing vacated; def cnsl to provide crt with status reports at 30-day intervals re state crt proceedings. cc: USA, USM, PO, R. Cavanaugh |
| 203 - 1 | 06/24/03 | DEF 4 Report re: status |
| 204 - 1 | 06/24/03 | DEF 4 motion for bail review hearing |
| 205 - 1 | 07/08/03 | [Re: DEF 4] HRH Minute Order referring motion at #204 to MJ Branson. cc: USA, R. Cavanaugh, MJ Branson |
| 206 - 1 | 07/16/03 | [Re: DEF 4] AHB Minute Order granting motion for bail review hearing (204-1); bail review hrg set 3:45 p.m., 7/17/03.  cc: USA, R. Cavanaugh, USM, PO |
| 207 - 1 | 07/17/03 | DEF 3 motion to withdraw |
| 208 - 1 | 07/18/03 | [Re: DEF 4] AHB Court Minutes [ECR: Robin Carter] of bail review hrg (held 7/17/03); matter moot.  cc: USA, R. Cavanaugh, USM, PO, Judge Holland |
| 209 - 1 | 07/22/03 | USM Return of svc on judgment re: DEF 1 on 7/10/03 to FDC Sheridan at Sheridan, OR. |
| 210 - 1 | 07/28/03 | {SEALED} |
| 210 - 2 | 07/29/03 | {SEALED} |
| 211 - 1 | 08/01/03 | DEF 4 Notice of status. |
| 212 - 1 | 08/05/03 | [Re: DEF 4] HRH Minute Order that parties shall advise the crt by 08/12/03 whether the case is ready for disposition. cc: USA, R. Cavanaugh |
| 213 - 1 | 08/07/03 | [Re: DEF 3] HRH Order granting Karen Jennings' motion to withdraw (207-1). cc: USA, K. Jennings, PO |
| 214 - 1 | 08/08/03 | DEF 4 Status Report. |
| 215 - 1 | 08/12/03 | DEF 4 motion to continue evidentiary hearing (3d week fo Sep) |
| 216 - 1 | 09/09/03 | [Re: DEF 4] HRH Minute Order granting motion to continue evidentiary hearing (215-1); evid/dispo hearing now set for Thursday, 9/25/03 at 8:30 am.  cc: USA, USM, PO, R. Cavanaugh, MJ Branson |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                     "USA V DAVID C. THOMPSON SR ET AL"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 217 - 1 | 09/10/03 | DEF 4 Notice of status. |
| 218 - 1 | 09/26/03 | [Re: DEF 4] HRH Court Minutes [ECR: Denali Elmore] DISPO HEARING, held 9/25/03; denied allegations 1,2,3 of petition; probation revoked; sent 16 months consecutive to SOA case 3AN-S03-0319CR; s/r 3 years; remanded to USM; exh/witness list attached. |
| 219 - 1 | 09/26/03 | [Re: DEF 4] HRH Judgment for revocation of probation; sent 16 months, to be served consecutively to the sentence in state court #3AN-S03-9319CR; remanded to USM. cc: USA, USM, PO, R. Cavanaugh, def (by cnsl), MJ Branson, FLU |
| 220 - 1 | 09/26/03 | DEF 4 appeal to 9CCA of (219-1) filed 09/26/03. cc: R. Cavanaugh, C. Randell (AUSA), USPO, USM, Judge Holland, 9CCA |
| NOTE - 31 | 09/29/03 | Transmittal: Forwarded notice of appeal (220-1) to 9CCA. |
| 221 - 1 | 09/29/03 | [Re: DEF 4] Cy 9CCA Time Schedule Order. (220-1) cc: R. Cavanaugh, C. Randell (AUSA), ECR, 9CCA (original) |
| 222 - 1 | 10/30/03 | USM Return of svc on writ of garnishment on PFD re: DEF 2 partially satifying in the amount of $1103.56 (receipt # 00121674) on 5/08/03. |
| 223 - 1 | 11/26/03 | [Re: DEF 2] PLF 1 motion to release attached PFD Funds in the amount of $1,103.56. |
| 224 - 1 | 12/19/03 | [Re: DEF 2] JWS Order granting motion to release attached PFD Funds in the amount of $1,103.56 (223-1).  cc: AUSA FLU, Finance, J. Ulrich |
| 225 - 1 | 01/20/04 | USM Return of svc on amended judgment re: DEF 4 on 1/2/04 to FDC SeaTac at Seattle, WA. |
| 226 - 1 | 01/22/04 | DEF 4 Transcript Designation Form w/Transcript Order Form re: notice of appeal (220-1). cc:ecr w/original transcript order form |
| 227 - 1 | 02/03/04 | DEF 4 Duplicate Transcript Designation Form w/original CJA24 &  cy of transcript order form re: notice of appeal (220-1). cc:ecr w/CJA24 & order form cy |
| 228 - 1 | 03/05/04 | [Re: DEF 4] Transcript Disposition hrg on petition to revoke probation held 9/25/03 re: notice of appeal (220-1). |
| 229 - 1 | 03/05/04 | [Re: DEF 4] cy 9CCA Certificate of Record. (220-1) cc: USA, R. Cavanaugh, Judge Holland, 9CCA (original) |
| 230 - 1 | 03/09/04 | USM Return of svc on writ of execution on PFD re: DEF 1 on 5/02/03 no funds available. |
| 231 - 1 | 03/09/04 | USM Return of svc on writ of execution on PFD re: DEF 5 on 5/08/03 no funds available. |
| 232 - 1 | 03/09/04 | USM Return of svc on writ of execution on PFD re: DEF 3 on 4/10/03 no funds available. |
| NOTE - 32 | 04/08/04 | [Re: DEF 3] USM Notice of Arrest; defendant arrested 4/8/04. |
| 233 - 1 | 04/08/04 | [Re: DEF 3] Return of WOA executed on 4/08/04. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                        "USA V DAVID C. THOMPSON SR ET AL"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 234 - 1 | 04/08/04 | [Re: DEF 3] Financial Affidavit. |
| 235 - 1 | 04/09/04 | [Re: DEF 3] AHB Order of Detention Pending Revocation hrg.  cc: USA, K. Jennings, USM, PO |
| 236 - 1 | 04/09/04 | [Re: DEF 3] AHB Court Minutes [ECR: Caroline Edmiston] of I/A on pet to revoke prob (dkt 184) (held 4/8/04); financial aff FILED; FPD to appoint CJA cnsl; def admitted allegations 1-2; matter referred to USDJ for disposition hrg; def's det continued pending disposition hrg; order of det pending disposition hrg FILED.  cc: USA, FPD (CJA Clerk), K. Jennings, USM, PO, Judge Holland |
| 237 - 1 | 04/09/04 | [Re: DEF 3] CJA appointment of K. Jennings . |
| 238 - 1 | 04/15/04 | [Re: DEF 3] HRH Minute Order continued evidentiary/disposition hrg on the petition at dkt 174 and a disposition hearing on the petition at dkt 184 is scheduled to be held 4/26/04 at 8:30 a.m. in Courtroom #1.  cc: C. Randell, K. Jennings, USM, USPO |
| 239 - 1 | 04/26/04 | [Re: DEF 3] HRH Court Minutes [ECR: Debby Willoughby-Lyons] Continued disposition/evidentiary hrg on petiton to revoke at dkt 174 and disposition hrg on petition to revole probation dkt 184 held 4/26/04. Def admitted to allegations 1 & 2 in the petition dated 2/14/03 and allegations 1 & 2 in the petition dated 4/7/03.  Def's probation is revoked.  Def shall serve a term of 6 months incarceration with no supervision to follow.  Def is responsible for restitution owed from the previous judgment.  Any payments made will be credited to the original amount of restitution owed.  The def is remanded to the custody of the USM.  cc: C. randell. K. Jennings, USM, USPO |
| 240 - 1 | 04/27/04 | [Re: DEF 3] HRH Judgment (Amended) for revocation of supervision.  Def admitted violation 1 & 2 in each petition filed, one filed  2/14/03 & one on 4/7/03.  The conditions of supervision are subject to modification and def's probation is revoked adn def is committed to the custody of the BOP for a term of imprisonment of 6 months with no supervision to follow.  Def is remanded to the custody of the USM. Def shall notify the AUSA w/in 30 days of any changes as stated.  cc: C. Randell, K. Jenning, USM, USPO, MJ Branson, Def w/cnsl cy, finance, FLU |
| 241 - 1 | 06/07/04 | [Re: DEF 4] 9CCA Judgment/Final Order re: notice of appeal (220-1) that the appellant's mot for voluntary dismissal of this appeal is also construed as a mot for relief from default.  So construed, the mot is granted.  This appeal is dismissed.  The cert cy of this order sent to the district court shall constitute the mandate.  cc: cnsl |
| 242 - 1 | 06/18/04 | {SEALED} |
| 242 - 2 | 06/22/04 | {SEALED} |
| 243 - 1 | 10/29/04 | [Re: DEF 5] Transfer of jurisdiction/probation to District of Idaho. |
| 244 - 1 | 01/20/05 | DEF 2 motion for stay of compulsory blood extraction from probations pending US Supreme Court Action on Fourth Amendment Challenge (on shortened time). |
| 245 - 1 | 01/21/05 | [Re: DEF 2] HRH Minute Order GRANTING request for shortened time; govt to file reponse to 244 on/before 1/24/05.  cc: USA, FPD, USM, PO |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
                        "USA V DAVID C. THOMPSON SR ET AL"

                      In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 246 - 1 | 01/24/05 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion for stay of compulsory blood extraction from probations pending US Supreme Court Action on Fourth Amendment Challenge (on shortened time). (244-1). |
| 247 - 1 | 01/25/05 | [Re: DEF 2] HRH Order denying motion for stay of compulsory blood extraction from probations pending US Sup (244-1).  cc: USA, FPD, USM, PO |
| 248 - 1 | 04/19/05 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 33 | 04/25/05 | Issued: writ of execution re: DEF 2. |
| NOTE - 34 | 06/23/05 | {SEALED} |
| 249 - 1 | 06/23/05 | [Re: DEF 1] HRH Order & pet for revocation of SR; pet referred to MJ for I/A/prel hrgs; evid hrg before MJ only upon consent. cc: USA, USM, Def w/USM cy, USPO, MJ Roberts |
| 250 - 1 | 06/23/05 | [Re: DEF 1-5] JDR Minute Order that in light of MJ Branson's retirement & a@ direction of Chief Judge the MJ referral is reassigned to MJ Roberts. cc: USA, S. Dattan, FPD, K. Jennings, R. Cavanaugh, B. Wonnell, Judge Holland |
| NOTE - 35 | 06/27/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/27/05 |
| 251 - 1 | 06/27/05 | [Re: DEF 1] Return of WOA executed on 6/27/05. |
| 252 - 1 | 06/28/05 | [Re: DEF 1] CJA appointment of D. Scott Dattan. |
| 253 - 1 | 06/29/05 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Initial Appearance on Petition to Revocation of Supervised Release (held 06/28/05); Def Denied Allegation 1 of the Petition to Revoke Supervised Release; D. Scott Dattan, CJA appointed; Preliminary Hearing set 07/28/05 at 9:30 a.m.  before Magistrate Judge Pallenberg; Def detained. cc: USA, D. S. Dattan, USM, USPO, FPD CJA CLERK, Judge Holland. |
| 254 - 1 | 06/29/05 | [Re: DEF 1] Consent to Proceed Before Magistrate Judge. |
| 255 - 1 | 06/29/05 | [Re: DEF 1] JDR Order of Detention Pending Trial. CC: USA, USM, USPO, D. Scott Dattan. |
| 256 - 1 | 06/29/05 | [Re: DEF 1] Financial Affidavit. |
| 256A- 1 | 06/30/05 | [Re: DEF 3] PLF 1 Application re: Writ of Execution on PFD. |
| 257 - 1 | 07/15/05 | DEF 1 Notice of Intent to change plea. |
| NOTE - 36 | 07/18/05 | Issued: writ of execution re: DEF 3 on PFD. |
| 258 - 1 | 07/19/05 | [Re: DEF 1] PMP Minute Order re in light of notice of intent to change plea (257-1) the evident hrg on the pet to revoke SR prev set for 7/28/05 before MJ Pallenberg is VACATED; matter referred to Judge Holland for further disposition. cc: USA, D. Dattan, USM, USPO, Judge Holland |
| 259 - 1 | 07/27/05 | [Re: DEF 1] HRH Minute Order setting disposition hrg on pet to revoke SR on 8/3/05 @ 8:30 a.m.. cc: USA, S. Dattan, USM, USPO, MJ Roberts |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0041--CR (HRH)
"USA V DAVID C. THOMPSON SR ET AL"

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 260 - 1 | 08/03/05 | [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] re Disposition Hrg on Pet to Revoke Supervised Release; def admitted allegation 1 of the Petition to Revoke; def's Supervised Release revoked; sentence imposed as stated in the revocation judgment; release order signed.  cc: USA, S. Dattan, USM, USPO, MJ Roberts |
| 261 - 1 | 08/03/05 | [Re: DEF 1] Copy of HRH Order of Release.  cc:  USA, D. Dattan, USM, USPO |
| 262 - 1 | 08/03/05 | [Re: DEF 1] HRH Amended Judgment for revoc of SR; sentenced to impr for term of time served; SR modified to include 6 mos of residence @ community treatment facility & def to serve new term of 30 mos SR. cc: USA, S. Dattan, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 263 - 1 | 08/17/05 | {SEALED} |
| 263 - 2 | 08/18/05 | {SEALED} |
| 264 - 1 | 08/29/05 | [Re: DEF 1] JWS Order of Release re def released 8/29/05. cc: USA, D. Dattan, USM, USPO |
| 265 - 1 | 09/23/05 | [Re: DEF 1] HRH Order and petition for SR modif; def to participate in inpatient or outpatient mental health treatment program. cc: USPO |
| 266 - 1 | 10/24/05 | [Re: DEF 1] HRH Order and petition for SR modif; def to refrain from unlawful use of controlled substance & submit to drug testing. cc: USPO |
| 267 - 1 | 11/03/05 | USM Return of svc on writ of execution re: DEF 2 on PFD on 4/27/05 in the amt of $829.76. |
| 268 - 1 | 11/09/05 | [Re: DEF 4] HRH Order and Request for Modification of Cond's or Term of SR as directed. cc: USPO |
| 269 - 1 | 11/15/05 | [Re: DEF 2] PLF 1 motion to release attached PFD funds. |
| 270 - 1 | 12/15/05 | [Re: DEF 2] JWS Order granting motion to release attached PFD funds (269-1). cc: USA, FPD, Finance |