# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeanine L. Lane                      Case Number: A02CR0041

Sentencing Judicial Officer:    H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:      October 25, 2002

Original Offense:               Conspiracy, 21 USC 846

Original Sentence:              3 years probation

Revocation Sentence:            16 months custody and 3 years supervised release

Date Supervision Commenced:     July 4, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant is prohibited from consuming alcoholic beverages.

*Request for Modification of Conditions or Term*
*Name of Offender :*     *Lane, Jeanine*
*Case Number          :        A02CR0041*

## CAUSE

The defendant was contacted by the Palmer Police Department on April 21, 2006, subsequent to a verbal altercation with her boyfriend, Joseph Price, who is also under supervision by Alaska State Probation, Palmer. This association had been previously approved by the respective probation officers. Mr. Price was arrested due to extreme intoxication as this is a violation of his supervision. The defendant was left at liberty. The defendant admitted that she had consumed alcohol as well. As the defendant is taking Lithium as a mood stabilizer to address Bipolar disorder, consumption of alcohol is contraindicated. Moreover, the fact that the defendant has a history of substance abuse reasonably suggests that she should not be consuming alcohol. Therefore, the probation officer proposes the following modification to restrict the defendant from consuming alcohol. The defendant agrees with this proposed modification as indicated by the attached Probation Form 49.

Furthermore, the defendant's association with Joseph Price has now been prohibited based on Mr. Price's legal issues and new information suggesting domestic violence.

Respectfully submitted,

Michael Pentangelo
Senior U.S. Probation Officer
Date: April 24, 2006

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other:

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date: 4/29/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Jeanine L. Lane**              Docket No. : A02CR0041

    I, _Jeanine L. Lane_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant is prohibited from consuming alcoholic beverages.

Signed: _Jeanine Lane_                Date: _4-24-06_
        Jeanine L. Lane
        Probationer or Supervised Releasee

Witness: _____           Date: _4/24/06_
        Michael Pentangelo
        Senior U.S. Probation Officer