Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:02-cr-00041-HRH-4 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO MODIFY CONDITIONS |
| | ) | OF SUPERVISION |
| JEANINE LANE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Jeannine Lane, by and through her CJA attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order to modify her conditions of probation to allow her to have contact with Joseph Price (her finance).  He is a felon and on probation.

Probation Officer Pantello indicated he is against the contact, but she stated he told her that the decision was up to the court to modify the condition of supervision.  Mr. Price has a significant criminal history.  Mr. Price is going to be incarcerated, thus, the contact

would be through mail and telephone calls.  Ms. Lane is working and in compliance with the requirements of supervision except for her contact with Mr. Price.

DATED this _____ day of May, 2006, at Anchorage, Alaska.

                        KALAMARIDES & LAMBERT
                        Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
        Randall S. Cavanaugh, ABA #8812215
        KALAMARIDES & LAMBERT
        711 H Street, Suite 450
        Anchorage, AK 9951
        P: (907) 276-2135
        F: (907- 278-8514
        E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 3rd day of May, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

USA v. Jeanine Lane
Case No. 3:02-cr-00041-HRH-4
Page 2

F:\Cases\Lane-Jeanine\A02-041-04PTR\supervision-mofication.mtn.wpd