IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )
        vs.                     )
                                )
DAVID C. THOMPSON, SR., et al., )
                                )
                    Defendants. )
_____)
                                )   No. 3:02cr0041-HRH
This Order Pertains to:         )
                                )
JEANINE L. LANE        [D-04]   )
_____)
```

O R D E R

CJA Appointment

    IT IS HEREBY ORDERED that the defendant's motion for CJA appointment[1] is granted.

    DATED at Anchorage, Alaska, this <u>17th</u> day of May, 2006.

                                   s/ H. Russel Holland
                                   United States District Judge

---

[1] Clerk's Docket No. 285.