UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   JEANINE L. LANE

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                              CASE NO.  3:02-cr-00041-04-HRH

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: June 2, 2006

A hearing on Defendant Lane's Motion to Modify Conditions of Supervision at docket 286 is hereby scheduled to commence Friday, June 9, 2006, at 9:00 a.m., before the Honorable H. Russel Holland.

[ ]{IA.WPD*Rev.12/96}