Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:02-cr-00041-HRH-4 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | MOTION TO MODIFY |
| JEANINE LANE, | ) | CONDITIONS OF SUPERVISION |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the Defendant, Jeanine Lane, by and through her CJA attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order to withdraw the Motion to Modify Conditions of Supervision.  Ms. Lane found out that Mr. Joseph Price starting using again, therefore, she has decided not to marry him.

DATED this 20th day of July, 2006, at Anchorage, Alaska.

                                                KALAMARIDES & LAMBERT
                                                Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
       Randall S. Cavanaugh, ABA #8812215
       KALAMARIDES & LAMBERT
       711 H Street, Suite 450
       Anchorage, AK 9951
       P: (907) 276-2135
       F: (907- 278-8514
       E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 20th day of July, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

   /s/ Randall S. Cavanaugh
   Kalamarides & Lambert

USA v. Jeanine Lane
Case No. 3:02-cr-00041-HRH-4
Page 2