Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | Case No. 3:02-cr-00041-HRH-4 |
| Plaintiff,    ) | |
| ) | NOTICE OF WITHDRAW |
| v.    ) | OF MOTION TO MODIFY |
| ) | CONDITIONS OF SUPERVISION |
| JEANINE LANE,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

COMES NOW the Defendant, Jeanine Lane, by and through her CJA attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby provides notice to the court of withdrawing the Motion to Modify Conditions of Supervision at Docket 296.  This notice replaces the prior filing at Docket 298.  Ms. Lane found out that Mr. Joseph Price starting using again, therefore, she has decided not to marry him.

DATED this 20th day of July, 2006, at Anchorage, Alaska.

        KALAMARIDES & LAMBERT
        Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh, ABA #8812215
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 9951
      P: (907) 276-2135
      F: (907- 278-8514
      E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 20th day of July, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Jeanine Lane
Case No. 3:02-cr-00041-HRH-4
Page 2