Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | Case No. 3:02-cr-00041-HRH-4 |
| Plaintiff,       ) | |
| ) | |
| v.       ) | MOTION TO MODIFY CONDITIONS |
| ) | OF SUPERVISION |
| JEANINE LANE,       ) | |
| ) | |
| Defendant.       ) | |
| ) | |

COMES NOW the Defendant, Jeannine Lane, by and through her CJA attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court for an order to modify her conditions of supervision to allow her to see Mr. Joseph Price at the correctional center and in court.  Probation Officer Pantangelo indicated he is against the contact, but she stated he told her that the decision was up to the court to modify the condition of supervision. Presently they are allowed indirect contact Mr. Price has a significant criminal history. Ms. Lane is working and in general compliance with the

requirements of supervision except for her contact with Mr. Price. This motion is supported by the memorandum of law attached hereto.

DATED this 9th day of August, 2006, at Anchorage, Alaska.

          KALAMARIDES & LAMBERT
          Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh, ABA #8812215
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 9951
      P: (907) 276-2135
      F: (907- 278-8514
      E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 9th day of August, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
  Kalamarides & Lambert