Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:02-cr-00041-HRH-4 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PROPOSED ORDER FOR MOTION |
| | ) | TO MODIFY CONDITIONS |
| JEANINE LANE, | ) |  OF SUPERVISION |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the Defendant's Motion to Modify Conditions of Supervision is **GRANTED**.  Ms. Lane's conditions of supervised release is modified to allow Ms. Lane to visit with Mr. Price at the correctional facility and to see him in court.

ENTERED this _____ day of August, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 9th day of August, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

　　　/s/ Randall S. Cavanaugh
　　　Kalamarides & Lambert