## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>         v.   <u>DAVID C. THOMPSON, SR., et al.</u>

<u>THE HONORABLE H. RUSSEL HOLLAND</u>        <u>CASE NO.   3:02-cr-0041-HRH</u>

This Order pertains to:        **LANE, Jeanine L.** [D-04]

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

By order of August 11, 2006 (Clerk's Docket No. 302), the court held under advisement defendant Lane's motion to modify her conditions of supervision (Clerk's Docket No. 300). In so doing, the court required that Ms. Lane obtain some professional guidance regarding her personal relationships. The court called for a report of the results of such a professional analysis. That report has now been received and distributed to counsel.

In light of the contents of the foregoing report, the court is under the impression that the instant motion is moot. If that is the case, the court will appreciate counsel for Ms. Lane filing an appropriate notice of withdrawal of the motion.

---