Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                         )<br>                          Plaintiff,        )<br>                                                         )<br>             v.                                       )<br>                                                         )<br>JEANINE LANE,                           )<br>                                                         )<br>                          Defendant.      )<br>_____) | Case No. 3:02-cr-00041-HRH-4<br><br>NOTICE OF MOTION TO<br>MODIFY CONDITIONS OF<br>SUPERVISION AS BEING MOOT |

COMES NOW the Defendant, Jeannine Lane, by and through her CJA attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby moves this court to declare the motion for contact with Mr. Price deemed **MOOT**.  Ms. Lane is not seeing him.  Counsel did not receive the evaluation until October 18, 2006.  Counsel reviewed the report with Ms. Lane on October 19, 2006. She agrees the motion is moot.

DATED this 26th day of October, 2006, at Anchorage, Alaska.

          KALAMARIDES & LAMBERT
          Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
      Randall S. Cavanaugh, ABA #8812215
      KALAMARIDES & LAMBERT
      711 H Street, Suite 450
      Anchorage, AK 9951
      P: (907) 276-2135
      F: (907- 278-8514
      E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 26th day of October, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513

  /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Jeanine Lane
Case No. 3:02-cr-00041-HRH-4
Page 2

F:\Cases\Lane-Jeanine\A02-041-04PTR\supervision-mofication moot.mtn#3.wpd