Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 3:02-cr-00041-HRH-4 |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER FOR |
| v. | ) | NOTICE OF MOTION TO |
| | ) | MODIFY CONDITIONS OF |
| JEANINE LANE, | ) | SUPERVISION AS BEING MOOT |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that Ms. Lane's motion to have contact with Mr. Price is hereby deemed MOOT as she is no longer seeking contact with him.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 26th day of October, 2006, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


   /s/ Randall S. Cavanaugh
     Kalamarides & Lambert

USA v. Jeanine Lane
Case No. 3:02-cr-00041-HRH-4
Page 2
F:\Cases\Lane-Jeanine\A02-041-04PTR\supervision-mofication moot.ord#3.wpd