**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>DAVID C. THOMPSON, SR., et al.</u>

<u>THE HONORABLE H. RUSSEL HOLLAND</u>   <u>CASE NO.   3:02-cr-0041-HRH</u>

This Order pertains to:   **LANE, Jeanine L.** [D-04]

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court is in receipt of defendant's notice filed October 26, 2006 (Clerk's Docket No. 304).

Defendant Lane's motion to modify her conditions of supervision (Clerk's Docket No. 300) is denied as moot.