AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

RECEIVED
JUL 24 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: 3:02-cr-00041-HRH |
| JEANINE LANE<br>3130 Gislason<br>Wasilla, AK 99654 | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>Courtroom 6 |
|---|---|
| Before: U.S. Magistrate Judge John D. Roberts | Date and Time<br>August 2, 2007 at 1:30 p.m. |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [XX] Probation Violation Petition

Charging you with 6 violations of conditions of Supervised Release.

Ida Romack, Clerk of Court
_____ Officer
**REDACTED SIGNATURE** Deputy Clerk
Name and Title of Issuing Officer

July 12, 2007 at Anchorage, Alaska
Date and Location

---

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

**ORIGINAL**

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  Date  7/20/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 222 W. 7th Ave, Rm 168 Anchorage, AK 99513

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 7/20/07
Date

Randy M. Johnson
Name of United States Marshal

(by) ~~Deputy United States Marshal~~
Sr. U.S. Probation Officer

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.