```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  JEANINE L. LANE   CASE NO.  3:02-CR-00041-04-HRH
Defendant:  X Present   X On Summons

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         SAMANTHA LARK/CAROLINE EDMISTON

UNITED STATES' ATTORNEY:      SHAWN FULLER

DEFENDANT'S ATTORNEY:          RANDALL CAVANAUGH, CJA APPOINTED

U.S.P.O.:                      MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 08/02/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:42 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
defendant: read.

 X Defendant sworn.

 X Defendant stated true name:   Same as above.

 X Defendant advised of general rights, charges and penalties.

 X Financial Affidavit **FILED**.

 X Federal Public Defender to appoint CJA counsel; FPD notified.

 X Defendant **DENIED** allegations 1, 2, 3, 4, 5 & 6 of the Petition
to Revoke Supervised Release.

 X Consent to be filed on or before **August 6, 2007** or matter
shall be transferred to a U.S. District Judge.

 X Order Setting Conditions of Release **FILED**.

 X OTHER: Court advised the defendant that the conditions of her
supervised release are continued as previously set.

At 2:04 p.m. court adjourned.

DATE:     August 2, 2007        DEPUTY CLERK'S INITIALS: SAL/CME

Revised 6-18-07