Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEANINE L. LANE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:02-cr-00041-04-HRH <br><br> **REQUEST TO SET THIS MATTER BEFORE THE DISTRICT COURT** |

COMES NOW the Defendant, Jeanine Lane, by and through her attorney, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby request that this matter be set before the district court for combined evidentiary hearing and disposition. Ms. Lane is going to admit the following violations: 1, 3, 4, and 5.  She denies 2 and 6. Counsel is filing this late due to the fact he was out with a cold on Monday and Tuesday.

DATED this 10th day of August, 2007, at Anchorage, Alaska.

                                                KALAMARIDES & LAMBERT
                                                Attorneys for Defendant

By:   /s/ Randall S. Cavanaugh
       Randall S. Cavanaugh, ABA #8812215
       KALAMARIDES & LAMBERT
       711 H Street, Suite 450
       Anchorage, AK 9951
       P: (907) 276-2135
       F: (907- 278-8514
       E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this **10** day of **August**, **2007**, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


   /s/ Randall S. Cavanaugh
    Kalamarides & Lambert

USA v. Jeanine Lane
Case No. 3:02-cr-00041-04-HRH
Page 2
F:\Cases\Lane-Jeanine\A02-041-04 PTR #2\hearing req.mtn.wpd