Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E:  randall@kalamarides.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>           Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>JEANINE L. LANE,   )<br>   )<br>           Defendant.   )<br>_____ ) | Case No. 3:02-cr-00041-04-HRH<br><br>PROPOSED<br>**ORDER FOR REQUEST TO**<br>**SET THIS MATTER BEFORE**<br>**THE DISTRICT COURT** |

**IT IS HEREBY ORDERED** that the Defendant's Request to Set this Matter Before the District Court is **GRANTED**. The evidentiary hearing and disposition is scheduled for _____, 2007 at _____ a.m. / p.m.

ENTERED this _____ day of August, 2007, at Anchorage, Alaska.

_____
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail** this **10** day of **August**, **2007**, on:

Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513


　　/s/ Randall S. Cavanaugh
　　Kalamarides & Lambert

USA v. Jeanine Lane
Case No. 3:02-cr-00041-04-HRH
Page 2
F:\Cases\Lane-Jeanine\A02-041-04 PTR #2\hearing.req.ord.wpd