```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. ___JEANINE L. LANE___   CASE NO. _3:02-CR-00041-04-HRH_
Defendant: _X_ Present _X_ On Bond

BEFORE THE HONORABLE:           H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:        CRANDON RANDELL

DEFENDANT'S ATTORNEY:           RANDALL CAVANAUGH

U.S.P.O.:                       MICHAEL PENTANGELO

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 8/20/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened.

Defendant **ADMITTED** allegations 1-3 of the Petition to Revoke
Supervised Release (Dkt 312).

Defendant **DENIED** allegations 4-6 of the Petition to Revoke
Supervised Release (Dkt 312).

Michael Pentangelo sworn and testified on behalf of the
Plaintiff. Plaintiff's exhibits 1 and 2 **ADMITTED.**

Jeanine Lane sworn and testified on behalf of the Defendant.

Court and counsel heard re Plaintiff's oral motion to withdraw
allegation 5 of the Petition to Revoke Supervised Release (Dkt
312).

Arguments heard.

Court and counsel heard re Plaintiff's oral motion to withdraw
allegation 5 of the Petition to Revoke Supervised Release (Dkt
312); **GRANTED.**

Continued To Page 2

DATE:       August 20, 2007       DEPUTY CLERK'S INITIALS:   SCL

Revised 6-18-07

```
                    Continuation - Page 2
                  U.S.A. vs. Jeanine L. Lane
                      3:02-cr-00041-04-HRH
      Evidentiary Hearing on Petition To Revoke Supervised Release
                             (Dkt 312)
                          August 20, 2007
----------------------------------------------------------------
```

Supervised Release revoked; No jail time imposed.

List of Witnesses and List of Exhibits to be filed separately.

At 10:06 a.m. court adjourned.

DATE:      August 20, 2007      DEPUTY CLERK'S INITIALS:   SCL

Revised 6-18-07