(Rev 8/07)

# LIST OF EXHIBITS

Case No.  3:02-CR-00041-04-HRH            Magistrate Judge:    **H. RUSSEL HOLLAND**

Title        U.S.A.

vs.

        JEANINE L. LANE

Dates of Hearing:    August 20, 2007

Deputy Clerk/Recorder: S. Lucero

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Crandon Randell | Randall Cavanaugh |
|  |  |
|  |  |

----------------EXHIBITS----------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 8·20 | Drug Test Report |  |  |  |  |
| 2 | ✓ | 8·20 | Drug Test Report |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |