**RECEIVED**
AUG 2 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3rd **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Revocation of Probation or Supervised Release) For Offenses Committed On or After November 1, 1987 |
| JEANINE L. LANE. | (Original Judgment filed 10/25/02 ) Case Number: 3:02-CR-00041-04-HRH Randall Cavanaugh Defendant's Attorney |

Defendant's probation officer filed a petition on July 12, 2007 accusing defendant of 6 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegations 1,2,3 and DENIED allegations 4,5,6 of the Petition to Revoke Supervised Release (Dkt 312). All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Positive For Marijuana | 7/21/2006 | C |
| 2 | Mandatory | Positive For Cocaine | 9/07/2006 | C |
| 3 | Mandatory | Admitted Using Cocaine | 9/16/2006 | C |
| 4 | Mandatory | Positive For Marijuana | 6/28/2007 | C |
| 6 | Standard | Personal Contact With A Convicted Felon | N/A | C |

The court finds that the following accusations are not proved: 5 .
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in page 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

AUGUST 20, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

Date 8/21/07

AO245.REV

Defendant: JEANINE L. LANE      3RD Amended Judgment--Page 2 of 2
Case No.:  3:02-CR-00041-04-HRH

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:

**Supervised Release revoked and terminated. No jail time imposed.**

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV